UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William Shields, Laurie Bluhm, Charles Nix, Cheryl Mason, Ann Albertson, Peter Kokemueller, Linda Kloeckner, Laura Hapsch, Cheryl O'Fallon, Nancy Karls, Paige Miller, Carol Andraschko, Matthew Lorence, Susan Hayes Jacobson, Rick Marvig, Annette Olson, Robin Feenie, Ami Anderson, Paul Fazio, Kimberly Christ, Chris Muntifering, Behroze Mistry, Theresa Panchyshyn, Juanda White, Karen Cope, Jacki Filippi, Ivan Martinez, Karen Guerrieri, and Jim Buccellato, for and in behalf of themselves and other persons similarly situated,

Plaintiffs,

v.

General Mills, Inc.,

Defendant.

Case No. 0:16-cv-00954-MJD-KMM

**WRITTEN CONSENT OF JOHN WILLIAMS TO BECOME A PARTY PLAINTIFF**

---

John Williams hereby consents to become a party plaintiff in the above-captioned action.

Please address any communications regarding this matter to my attorney, Craig A. Brandt at Snyder & Brandt, P.A., 120 South Sixth Street, Suite 2550, Minneapolis, Minnesota 55402, (612) 787-3100.

Dated: 6-30-2016 2016

Signed: [signature]
John Williams

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Shields, Laurie Bluhm, Charles Nix, Cheryl Mason, Ann Albertson, Peter Kokemueller, Linda Kloeckner, Laura Hapsch, Cheryl O'Fallon, Nancy Karls, Paige Miller, Carol Andraschko, Matthew Lorence, Susan Hayes Jacobson, Rick Marvig, Annette Olson, Robin Feenie, Ami Anderson, Paul Fazio, Kimberly Christ, Chris Muntifering, Behroze Mistry, Theresa Panchyshyn, Juanda White, Karen Cope, Jacki Filippi, Ivan Martinez, Karen Guerrieri, and Jim Buccellato, for and in behalf of themselves and other persons similarly situated,

Plaintiffs,

v.

General Mills, Inc.,

Defendant.

Case No. 0:16-cv-00954-MJD-LIB

**WRITTEN CONSENT OF MICHAEL MURRAY TO BECOME A PARTY PLAINTIFF**

Michael Murray hereby consents to become a party plaintiff in the above-captioned action.

Please address any communications regarding this matter to my attorney, Craig A. Brandt at Snyder & Brandt, P.A., 120 South Sixth Street, Suite 2550, Minneapolis, Minnesota 55402, (612) 787-3100.

Dated: June 24, 2016

Signed: Michael R. Murray
Michael Murray