UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Shields, et al.,            Case No. 0:16-cv-00954-MJD-KMM
*for and in behalf of themselves and other persons similarly situated*,

        Plaintiffs,                          **ORDER**

v.

General Mills, Inc.,

        Defendant.

Brent C. Snyder, Craig A. Brandt, Snyder & Brandt, P.A., 120 S. Sixth Street, Ste 2250, Minneapolis, MN, 55402; Lucas J. Kaster, Michelle L. Kornblit, Stephen J. Snyder, Steven Andrew Smith, Nichols Kaster, PLLP, 80 S. 8th Street, Ste 4600, Minneapolis, MN, 55402; counsel for plaintiffs

Aaron D. Van Oort, Jeffrey P. Justman, Peter Magnuson, Faegre Baker Daniels LLP, 90 S. 7th Street, Ste 2200, Minneaplis, MN, 55402; Kathryn Mrkonich Wilson, Marko J. Mrkonich, Susan K. Fitzke, Littler Mendelson, PC, 80 S. 8th Street, Ste 1300, Minneapolis, MN, 55402; Keith C. Hult, Littler Mendelson, PC, 321 North Clark Street, Ste 1000, Chicago, IL, 60654; counsel for defendant

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated December 1, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. General Mills, Inc.'s Motion to Disqualify Counsel (**ECF No. 70**) should be

    **DENIED**.

2

2. Snyder & Brandt shall maintain the currently established ethical wall precluding their participation in Ms. Maxe's individual representation.

3. Nichols Kaster shall maintain the currently established ethical wall precluding their participation in Mr. Heflin's individual representation.

Date:  December 20, 2017                                s/Michael J. Davis
                                                       Michael J. Davis
                                                       United States District Court Judge