# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

William Shields, et al.,                                           Case No. 0:16-cv-00954-MJD-KMM
*for and in behalf of themselves and other*
*persons similarly situated*,

               Plaintiffs,                                    **ORDER**

v.

General Mills, Inc.,

               Defendant.

---

Brent C. Snyder, Craig A. Brandt, Snyder & Brandt, P.A., 120 S. Sixth Street, Ste 2250, Minneapolis, MN, 55402; Lucas J. Kaster, Michelle L. Kornblit, Stephen J. Snyder, Steven Andrew Smith, Nichols Kaster, PLLP, 80 S. 8th Street, Ste 4600, Minneapolis, MN, 55402; counsel for plaintiffs

Aaron D. Van Oort, Jeffrey P. Justman, Peter Magnuson, Faegre Baker Daniels LLP, 90 S. 7th Street, Ste 2200, Minneapolis, MN, 55402; Kathryn Mrkonich Wilson, Marko J. Mrkonich, Susan K. Fitzke, Littler Mendelson, PC, 80 S. 8th Street, Ste 1300, Minneapolis, MN, 55402; Keith C. Hult, Littler Mendelson, PC, 321 North Clark Street, Ste 1000, Chicago, IL, 60654; counsel for defendant

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated January 26, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (**ECF No. 109**) is **DENIED**.

Date: February 13, 2018

                                 s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court Judge